UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., ) ) ) Plaintiff(s), ) ) vs. ) ) WOFFORD BROS. SERVICES, INC., d/b/a ) WOFFORD BROS. PLUMBING, ) ) Defendant(s). ) | Case No. 4:08CV1772 JCH |

## ORDER

This matter is before the Court on Plaintiffs' Motion for Default Order of Accounting, filed January 20, 2009. (Doc. No. 2). By way of background, this is an action to collect delinquent contributions pursuant to Section 301 of the Labor Management Relations Act of 1947, as amended, 29 U.S.C. § 185, and Section 502 of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1132. (Doc. No. 1). Defendant was served with the summons and Complaint on December 6, 2008. (Doc. No. 5). To date, Defendant has not filed an answer or otherwise entered an appearance in this matter.

On March 16, 2009, the Clerk of Court entered an Order of Default against Defendant Wofford Bros. Services, Inc. (Doc. No. 6). Pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), Plaintiffs now move this Court for an order compelling Defendant to submit to a financial examination, so that Plaintiffs can determine the amounts allegedly owed. Upon consideration, the Court will grant Plaintiffs' request.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Default Order of Accounting (Doc. No. 2) is **GRANTED**, and Defendant is ordered to provide to Plaintiffs within thirty (30) days of the date of this Order all its books, ledgers, payroll records, cash disbursement ledgers, bank statements, and other documents reflecting or pertaining to all hours worked by and wages paid to Defendant's employees since July 1, 2005.

**IT IS FURTHER ORDERED** that this Court reserves jurisdiction to make such further orders and grant such additional relief as it deems appropriate, including but not limited to the entry of partial and final judgments.

Dated this 17th day of March, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE