UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION ) <br> LABORERS WELFARE FUND, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> WOFFORD BROS. SERVICES, INC., d/b/a ) <br> WOFFORD BROS. PLUMBING, ) <br> ) <br> Defendant(s). ) | Case No. 4:08CV1772 JCH |

## ORDER

This matter is before the Court on Defendant's Motion for Extension of Time to Retain New Counsel, filed April 18, 2011. (Doc. No. 23). Upon consideration, the Court will grant Defendant ten (10) days within which to have an attorney enter an appearance on its behalf.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Extension of Time to Retain New Counsel (Doc. No. 23) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Wofford Bros. Services, Inc., is granted ten (10) days from the date of this Order in which to have a licensed attorney enter an appearance on its behalf. Failure to comply with this directive may result in the Court entering a default judgment as to Defendant Wofford Bros. Services, Inc.

Dated this 20th day of April, 2011.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE